**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TAU CETI VENTURES LLC,<br>*Plaintiff*,<br>v.<br>LG ELECTRONICS, INC., *and* LG ELECTRONICS U.S.A., INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00089-JRG-RSP |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Tau Ceti Ventures LLC ("Plaintiff") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. ("Defendants"). (Dkt. No. 34.) In the Motion, the parties represent that all claims with respect to the U.S. Patent No. 10,411,177 ("'177 Patent") have been resolved. (*Id*. at 1.) Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims of infringement of the '177 Patent asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So ORDERED and SIGNED this 28th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE