IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAU CETI VENTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., and<br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | CASE NO. 2:26-cv-00089<br><br>Jury Trial Demanded |

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

The undersigned certifies that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

Dated: November 11, 2026

Respectfully Submitted

By: */s/ Melissa R. Smith*

Melissa R. Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Richard A. Edlin
New York Bar No. 2051696
Email: edlinr@gtlaw.com
Thomas D. Pease
New York Bar No. 2671741
Email: thomas.pease@gtlaw.com
Julie P. Bookbinder
New York Bar No. 4375259
Email: bookbinderj@gtlaw.com

Vimal Kapadia
NY Bar No. 5269543
Email: kapadiav@gtlaw.com
One Vanderbilt Avenue
GREENBERG TRAURIG, LLP
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Stephen M. Ullmer
Oregon Bar No. 243179
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
Telephone: (503) 200-6214
Facsimile: (303) 572-6500

Nicholas A. Brown
Nicholas.Brown@gtlaw.com
Greenberg Traurig, LLP
San Francisco, CA 94105
Tel.: (415) 655-1271
Facsimile: (415) 655-1271

*Attorneys for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 11, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith